# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3753

_____

Peg Bouaphakeo; Javier Frayre; Jose A. Garcia; Mario Martinez; Jesus A. Montes; Heribento Renteria, on behalf of themselves and all other similarly situated individuals

*Plaintiffs - Appellees*

v.

Tyson Foods, Inc.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Sioux City

_____

Submitted: April 28, 2016
Filed: May 20, 2016

_____

Before SMITH, BEAM, and BENTON, Circuit Judges.

_____

BENTON, Circuit Judge.

This case is here on remand from the United States Supreme Court. In its previous opinion, this court upheld a jury verdict awarding damages to the plaintiff class. ***Bouaphakeo v. Tyson Foods, Inc.***, 765 F.3d 791 (8th Cir. 2014). The Supreme Court affirmed. ***Tyson Foods, Inc. v. Bouaphakeo***, 136 S. Ct. 1036 (2016).

\* \* \* \* \* \* \*

This case is remanded for further proceedings in accordance with the Supreme Court's opinion.

_____